UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LENK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MONOLITHIC POWER SYSTEMS, INC.,<br><br>　　　　Defendant. | Case No.  20-cv-08094-SVK<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 10 |

　　　　Before the Court is the request of Plaintiff Kenneth Lenk for leave to file a motion for reconsideration of the Court's November 19, 2020 order denying his application to proceed *in forma pauperis* ("IFP"). Dkt. 10. The Court's November 19 order denied Plaintiff's IFP application as incomplete because it did not provide the required information about Plaintiff's last employment (question 1 on the IFP application) and Plaintiff's bank account (question 7 on the IFP application). Dkt. 5. The November 19 order stated that "Plaintiff may re-submit an Application to Proceed *In Forma Pauperis* that provides all required information." *Id*. The Court's subsequent Order Setting Deadlines and Continuing Initial Case Management Conference, issued on January 22, 2021, noted that Plaintiff had not re-submitted an IFP application and set a deadline of February 19, 2021 for Plaintiff to either re-submit an IFP application that includes all required information or pay the filing fee. Dkt. 9.

　　　　Plaintiff's request for leave to file a motion for reconsideration does not acknowledge that the Court's denial of his IFP application was without prejudice to his re-submission of a complete IFP application, nor does Plaintiff's reconsideration request address the reasons the Court denied his initial IFP application. Accordingly, Plaintiff's request for leave to file a motion for reconsideration is **DENIED**. As indicated in the Court's January 22, 2021 order, Plaintiff may re-submit a complete IFP application by **February 19, 2021**. In addition to providing the

information missing from his original IFP application, Plaintiff may also include in his re-submitted IFP application any additional or updated financial information that is relevant to the Court's consideration of his application.

**SO ORDERED.**

Dated: January 29, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge

2