# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| KENNETH LENK,<br><br>    Plaintiff,<br><br>  v.<br><br>MONOLITHIC POWER SYSTEMS, INC.,<br><br>    Defendant. | Case No. 20-cv-08094-BLF<br><br>**JUDGMENT** |

Plaintiff Kenneth Lenk's first amended complaint having been dismissed without leave to amend and the action having been dismissed with prejudice,

It is hereby ordered and adjudged that Plaintiff Kenneth Lenk take nothing by this action and that

Judgment is entered for Defendant Monolithic Power Systems, Inc. and against Plaintiff Kenneth Lenk.

Dated: November 10, 2021

_____
BETH LABSON FREEMAN
United States District Judge