# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KENNETH LAWRENCE LENK,<br><br>Plaintiff,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC.,<br><br>Defendant. | Case No. 20-cv-08094-BLF<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR ENTRY OF AN AMENDED JUDGMENT**<br><br>[Re: ECF 68, 71] |

Judgment was entered for Defendant on November 10, 2021.  *See* ECF 33.  On October 12, 2022, Defendant filed a Proposed Amended Judgment that incorporates a post-judgment award of attorneys' fees and costs.  *See* ECF 68.  The Court directed Defendant to file additional briefing addressing the Court's authority to enter an amended judgment, and directed Plaintiff to file any opposition within fourteen days after Defendant filed its brief.  *See* ECF 70.

Defendant filed its brief on October 21, 2022, citing cases in which courts have issued amended judgments to incorporate post-judgment awards of attorneys' fees.  *See* ECF 71.  The Court is satisfied that it has authority to enter the requested amended judgment.  *See Baskin-Robbins Franchising LLC v. Chun*, No. 5:18-CV-05476-BLF, 2019 WL 5268883, at \*4 (N.D. Cal. Oct. 17, 2019).  Plaintiff has not filed opposition and his deadline to do so expired on November 4, 2022.

Defendant's request for entry of an amended judgment is GRANTED.  The amended judgment will be entered immediately after this order is filed.

Dated:  November 8, 2022

_____
BETH LABSON FREEMAN
United States District Judge