UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH LAWRENCE LENK,<br><br>    Plaintiff,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC.,<br><br>    Defendant. | Case No. 20-cv-08094-BLF<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)**<br><br>[Re: ECF 88] |

In his latest motion, brought under Federal Rule of Civil Procedure 60(b), Plaintiff Kenneth Lawrence Lenk ("Lenk") again challenges the undersigned's impartiality as a basis for relief from judgment. The Court finds the motion suitable for decision without further briefing and without oral argument. *See* Civ. L.R. 7-1 (b). The Rule 60(b) motion is DENIED for the reasons discussed below.

Judgment was entered for Defendant on November 10, 2021. *See* ECF 33. Lenk thereafter filed three unmeritorious motions for relief from judgment pursuant to Federal Rule of Civil Procedure 59(e): a first Rule 59(e) motion filed on December 3, 2021, *see* ECF 34, and denied on February 15, 2022, *see* ECF 44; a second Rule 59(e) motion filed on April 14, 2022, *see* ECF 49, and denied on April 18, 2022, *see* ECF 51; and a third Rule 59(e) motion filed on November 18, 2022, *see* ECF 80, and denied on January 3, 2023, *see* ECF 83. Lenk also sought relief from judgment pursuant to Rule 60(b) in a motion filed on May 18, 2022, *see* ECF 56, and denied on May 24, 2022, *see* ECF 57.

1  An amended judgment was entered on November 8, 2022, reflecting the Court's award of attorneys' fees and costs to Defendant Monolithic Power Systems, Inc. in the amount of $25,215.30. *See* ECF 78. Lenk then filed a fourth Rule 59(e) motion asserting that the undersigned judge was required to withdraw from the case pursuant to 28 U.S.C. § 455 but failed to do so. *See* ECF 84. The Court denied that motion as untimely, while also noting that Lenk's recusal-based argument was previously raised and rejected in this action. *See* ECF 87. Lenk previously had filed a motion for recusal under 28 U.S.C. §§ 144 and 455, *see* ECF 62, which was referred to and denied by another district judge, *see* ECF 69, 76.

  Lenk now has filed his second Rule 60(b) motion in this case, *see* ECF 88, rehashing the same unmeritorious arguments for recusal previously considered and rejected. Lenk has not submitted any new evidence or argument that could support the relief sought. Accordingly, his current Rule 60(b) motion is DENIED. If Lenk wishes to persist in his efforts to obtain relief from the amended judgment, this Court urges him to do so in the Ninth Circuit.

**ORDER**

(1) Lenk's motion for relief from judgment under Rule 60(b) is DENIED.

(2) This order terminates ECF 88.

Dated: April 5, 2023

_____
BETH LABSON FREEMAN
United States District Judge