UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| KENNETH LAWRENCE LENK, | Case No. 20-cv-08094-BLF |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING PLAINTIFF'S MOTION RELIEF PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)** |
| MONOLITHIC POWER SYSTEMS, INC., | |
| Defendant. | [Re: ECF 90] |

Pro se Plaintiff Kenneth Lenk ("Lenk") has filed a third motion for post-judgment relief pursuant to Federal Rule of Civil Procedure 60(b), which is his seventh motion for post-judgment relief overall, as he also filed four prior motions for post-judgment relief pursuant to Federal Rule of Civil Procedure 59(e). The Court finds the current motion suitable for decision without further briefing and without oral argument. *See* Civ. L.R. 7-1 (b). Lenk's third Rule 60(b) motion is DENIED for the reasons discussed below.

Judgment was entered for Defendant Monolithic Power Systems, Inc. ("MPS") on November 10, 2021. *See* ECF 33. Lenk thereafter filed three motions for relief from that judgment: a first Rule 59(e) motion that was denied on February 15, 2022, *see* ECF 34, 44; a second Rule 59(e) motion that was denied on April 18, 2022, *see* ECF 49, 51; and a first Rule 60(b) motion that was denied on May 24, 2022, *see* ECF 56, 57. Lenk's appeals of the Judgment were dismissed for failure to prosecute, *see* ECF 48, 79.

An Amended Judgment was entered for MPS on November 8, 2022, reflecting the Court's award of attorneys' fees and costs to MPS in the amount of $25,215.30. *See* ECF 78. Lenk thereafter filed his third and fourth Rule 59(e) motions in this case, which were denied on January

3, 2023 and March 6, 2023, *see* ECF 80, 83, 84, 87. Lenk also filed his second Rule 60(b) motion, which was denied on April 5, 2023, *see* ECF 89.

Nine months later, Lenk filed the current motion, his third Rule 60(b) motion in this case, *see* ECF 90. The motion rehashes unmeritorious arguments previously rejected by this Court in ruling on MPS's substantive motions and Lenk's prior motions for post-judgment relief. Lenk has not submitted any new evidence or argument that could support the relief sought. Accordingly, his current Rule 60(b) motion is DENIED.

**ORDER**

(1) Lenk's third motion for relief from judgment under Rule 60(b) is DENIED.

(2) This order terminates ECF 90.

Dated: January 3, 2024

_____
BETH LABSON FREEMAN
United States District Judge

2