# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| KENNETH LAWRENCE LENK,<br><br>Plaintiff,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC.,<br><br>Defendant. | Case No. 20-cv-08094-BLF<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)(6)**<br><br>[Re: ECF 92] |

The Court finds Plaintiff's motion for relief under Federal Rule of Civil Procedure 60(b)(6) – his eighth motion for post-judgment relief in this case – to be suitable for decision without further briefing and without oral argument. *See* Civ. L.R. 7-1 (b).

Federal Rule of Civil Procedure 60(b) provides that a court may relieve a party from a final judgment for certain specified reasons or, in a catchall provision, for "any other reason that justifies relief." Fed. R. Civ. P. 60(b)(6). "Rule 60(b)(6) has been used sparingly as an equitable remedy to prevent manifest injustice." *United States v. Alpine Land & Reservoir Co.*, 984 F.2d 1047, 1049 (9th Cir. 1993). "The rule is to be utilized only where extraordinary circumstances prevented a party from taking timely action to prevent or correct an erroneous judgment." *Id*.

Plaintiff has not shown extraordinary circumstances warranting relief. The substantive arguments raised by Plaintiff's motion have been presented to and rejected by the Court multiple times in this litigation. Plaintiff's assertions of bias on the part of the undersigned were referred to another district judge, who found them to be unfounded. *See* ECF 69, 76.

The motion is DENIED.

Dated: January 19, 2024

_____
BETH LABSON FREEMAN
United States District Judge